IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON BILLUPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:12-cv-815-TFM |
| | ) [wo] |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion for leave to file evidence (Doc. 3) and Defendant's reply thereto (Doc. 14), it is

ORDERED that Plaintiff's Motion (Doc. 3) be and hereby is DENIED.

DONE this 7th day of January, 2013.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE