IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JASON BILLUS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-cv-815-TFM |
| | ) | [wo] |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of Social Security | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon reconsideration of Plaintiff's Motion for leave to file evidence (Doc. 3) and Defendant's reply thereto (Doc. 14), it is

ORDERED that this Court's January 7, 2013 Order (Doc. 15) be and hereby is VACATED. It is

ORDERED that the parties shall file briefs the issue of whether remand is appropriate under sentence six of § 405 (g) which provides if there is "new evidence which is material and that there is good cause for the failure to incorporate such evidence into the record in a prior proceeding," the Court may remand the case to the agency for consideration of this new evidence. It is further

ORDERED that Plaintiff shall file his brief on or before January 18, 2013 and Defendant shall file his brief on or before January 30, 2013.

DONE this 9th day of January, 2013.

                                            /s/ Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES MAGISTRATE JUDGE