IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JASON BILLUPS,         ) | |
|                        ) | |
|    Plaintiff,      ) | |
|                        ) | |
| v.                     ) | CASE NO. 2:12-cv-815-TFM |
|                        ) | [wo] |
| CAROLYN W. COLVIN,     ) | |
| Commissioner of Social Security ) | |
|                        ) | |
|    Defendant.      ) | |

## ORDER

Upon consideration of Plaintiff's Motion for Leave to File Reply Brief (Doc. 24), it is ORDERED that the Motion be and hereby is GRANTED and that on or before May 22, 2012, Plaintiff shall file his Reply Brief.

DONE this 7th day of May, 2013.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE